AUGUST KEISER et al., Appellants, *v.* EDWARD C. SHAFER, Respondent.

*Keiser* v. *Shafer,* 75 App. Div. 630, affirmed.
(Argued January 27, 1904; decided February 16, 1904.)

APPEAL from a judgment, entered November 15, 1902, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiffs'

exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for the defendant.

*Moses Shire* and *Edward L. Jellinek* for appellants.

*Charles Diebold, Jr.,* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.